United States District Court
Southern District of Texas
**ENTERED**
June 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| S.D.C.G.C., *et al.*, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-26-3981 |
| ANGIE SALAZAR, *et al.*, | § | |
| Defendants. | § | |

# ORDER

On May 29, 2026, the court granted the petitioner's petition for a writ of habeas corpus and ordered the respondents to release them to the custody of their aunt. (Docket Entry No. 11). The respondents complied with the court's order. (Docket Entry No. 12). The case is resolved. This order closes the case.

SIGNED on June 1, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge